No. 186. BLUMENSCHEIN ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF PITTSBURGH. Appeal from the Supreme Court of Pennsylvania, Western District. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *Paul Ginsburg* for appellants. *Theodore L. Hazlett, Jr.* for appellee.

Nos. 187 and 188. IN RE RINES, ADMINISTRATOR. Appeals from the Supreme Judicial Court of Massachusetts. *Per Curiam:* The appeals are dismissed for want of a substantial federal question. *David Rines* and *Robert H. Rines* for appellant.

No. 217. ALBUQUERQUE BROADCASTING Co. *v.* BUREAU OF REVENUE OF NEW MEXICO ET AL. Appeal from the Supreme Court of New Mexico. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Arthur T. Hannett* for appellant.

No. 238. COTA *v.* COFFMAN. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. THE CHIEF JUSTICE took no part in the consideration or decision of this case. Appellant *pro se.* *George R. Richter, Jr.* and *Gordon F. Hampton* for appellee.